IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:17-cr-00274-MC |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| RUSSELL MARVIN JONES, | |
| Defendant. | |

McShane, United States District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective February 2, 2021.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

Page 1    ORDER GRANTING MOTION TO REDUCE SENTENCE

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that defendant shall be released on February 2, 2021, for travel to the approved residence in Portland, Oregon.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in Case No. 6:17-cr-00274-MC.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require that the defendant shall remain on home confinement until February 2, 2022.

Dated this 1st day of February 2021.

s/Michael J. McShane  
Honorable Michael J. McShane  
United States District Court Judge